United States District Court
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 01 2013 ★
LONG ISLAND OFFICE

UNITED STATES OF AMERICA

V.

Adam J. Manson

Defendant

**ORDER SETTING CONDITIONS OF RELEASE AND BOND**

Case No.: CR-13-453-02-ADS-AKT

**RELEASE ORDER**

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:

[ ] Upon Personal Recognizance Bond on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon Unsecured Bond executed by defendant in the amount of $_____, or
[✓] Upon Secured Appearance Bond as provided herein.

**Additional Conditions of Release**

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: EDNY + SDNY

[✓] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: no communication with Co-defendant Callahan except in the presence of counsel regarding the underlying charges; defendant is otherwise free to be in the presence of co-defendant Callahan who is his brother-in-law

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by in court today and shall not apply for any other passport.

[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
  [✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;
  [✓] must report to that agency ( ) in person ___ times per ___ and/or ( ) by telephonic ___ times ___ as directed by PTS
  [ ] is subject to home detention with electronic monitoring with the following conditions: ___

[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[✓] 6. Other Conditions: Full Financial Affidavit setting forth all of the defendant's assets must be provided to the Government and Pre-Trial Services within 3 weeks; any foreign assets must be repatriated to the US and this issue must be addressed in the financial affidavit

**APPEARANCE BOND**

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 1,000,000.00

The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $ ___
[✓] premises located at: 3 Windsor Drive, Old Westbury, NY owned by Estate of Beverly Manson,
[✓] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed left to with the proper local and state authorities on or before August 16, 2013 in the amount of $500,000 Barry Manson
[ ] Other Conditions: ___

/s/ B.M. — Address: 3 WINDSOR DRIVE, OLD WESTBURY, NY 11568
Surety

_____ Address: _____
Surety

_____ Address: _____
Surety

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

Signature of Defendant

Release of the Defendant is hereby ordered on 8/1/2013

/s/ A. Kathleen Tomlinson, USMJ
A. Kathleen Tomlinson

Distribution: White-Original    Canary - Courtroom Deputy    Pink - Pretrial Services    Goldenrod - Defendant