UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

ORDER

-against-

CR-14-0453-2 (ADS)

ADAM MANSON,

Defendant.
----------------------------------------------------------X

The above named defendant pleaded guilty before **United States Magistrate Judge A. KATHLEEN TOMLINSON** on May 12, 2014 and, upon completion of the proceeding, the Magistrate Judge recommended that the District Court accept the defendant's guilty plea.

The Court hereby accepts the guilty plea recommendation of Magistrate Judge Tomlinson.

Dated: May 13, 2014

s/ Arthur D. Spatt

_____
HONORABLE ARTHUR D. SPATT, U.S.D.J.