

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BDM:KKO
F. #2010V00608/2012R00953

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 19, 2017

<u>By Hand and ECF</u>

The Honorable Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

       Re:    United States v. Adam J. Manson
             <u>Criminal Docket No. 13-0453 (ADS)(AKT)</u>

Dear Judge Spatt:

        The government respectfully writes to request that the Court so-order the enclosed stipulation concerning materials that contain personal financial information and personally identifiable information ("PII") regarding individuals other than the above-named defendant.  The government makes this application because, in connection with the proposed restitution order, the defendant's counsel has requested copies of affidavits of loss and other documents provided by victims that contain these victims' PII.  The government believes that the proposed stipulation will enable expedited production of those materials.  The proposed stipulation and order, which has been signed by all parties, is respectfully enclosed for the Court's consideration.

        Respectfully submitted,

        BRIDGET M. ROHDE
        Acting United States Attorney

    By:    _____/s/_____
        Karin Orenstein
        Assistant U.S. Attorney
        (718) 254-6188

cc:    All Counsel of Record (By ECF)