**SERCARZ & RIOPELLE, LLP**
810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019
1-212-586-4900
FACSIMILE 1-212-586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

ROBERT CALIENDO
GIULIANA E. GRAHAM

*ADMITTED IN NY & NJ

August 16, 2017

BY ECF and MAIL

Hon. Arthur D. Spatt
United States District Court
100 Federal Plaza, Courtroom 1020
P.O. Box 9014
Central Islip, New York 11722

Re: United States v. Callahan,
Cr. No. 13-0453 (ADS)

Dear Judge Spatt:

    I am counsel to Defendant Brian Callahan in the above-referenced case. I write on behalf of Mr. Callahan to request that he be permitted to travel to visit his sister in Otisfield, Maine, from August 26-30, 2017 with his family. I have been in contact with AUSA Christopher Caffarone and Mr. Callahan's Pretrial Services Officer, Marnie Gerardino, concerning this request. Both AUSA Caffarone and Officer Gerardino have no objection to Mr. Callahan's application to travel to Maine.

    If the Court is willing to grant this application, it may do so at the "So Ordered" signature line below.

Respectfully submitted,

Roland G. Riopelle

Cc:  Hon. Arthur D. Spatt (By Mail)
       Christopher Caffarone, Esq. (By ECF and Email)
       PTS Officer Marnie Gerardino (By ECF and Email)

    The Defendant Brian Callahan having made an application to extend his bail limits to permit him to travel to Otisfield, Maine with his family from August 26 to August 30, 2017, and the United States Attorney's Office and the Pretrial Services Agency having no objection to such travel, and good cause appearing to grand the Defendant's application,

1

SERCARZ & RIOPELLE, LLP

   IT IS ORDERED THAT the Defendant Brian Callahan's bail limits are hereby extended to permit him to travel to Otisfield, Maine with his family from August 26 to August 30, 2017.

              IT IS SO ORDERED:

              _____
               HON. ARTHUR D. SPATT
               U. S. D. J.