

U.S. Department of Justice

United States Attorney
Eastern District of New York

BDM:KKO
F. #2010V00608/2012R00953

271 Cadman Plaza East
Brooklyn, New York 11201

September 13, 2017

By Hand and ECF

The Honorable Arthur D. Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:   *United States v. Brian R. Callahan and Adam J. Manson*,
              Criminal Docket no. 13-0453 (ADS)

Dear Judge Spatt:

        The government submits the enclosed proposed Order of Restitution (the "Second Proposed Order") in advance of the sentencings of the defendants in the above-captioned case.  The government previously filed a proposed Order of Restitution on February 8, 2017 (the "First Proposed Order").  (Docket Entry no. 139).  The Second Proposed Order is identical to the First Proposed Order except that it has been revised to correct scrivener's errors and avoid payment of a duplicative claim.  These corrections resulted in a revised total restitution amount of $67,615,407.77, which reflects a $600,600 reduction in the overall restitution amount.

        For the reasons set forth in the government's February 8, 2017 letter, the government respectfully requests that the Court so-order the Second Proposed Order in connection with the defendants' sentencings.

                                        Respectfully submitted,

                                        BRIDGET M. ROHDE
                                        Acting United States Attorney

                          By:    /s/ Karin Orenstein
                                        Brian D. Morris
                                        Karin Orenstein
                                        Assistant U.S. Attorneys
                                        (718) 254-6512/6188

Encl.

cc:     All Counsel of Record (By ECF)