# THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038
(212) 285-8000
FAX: (646) 304-0352

September 25, 2017

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

*By ECF*
The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 25 2017 ★
LONG ISLAND OFFICE

      *Re: United States v. Adam Manson*
          *Criminal Docket Number 13-453 (ADS)(AKT)*

Dear Judge Spatt:

      On behalf of both parties in the above-referenced case, I respectfully submit this letter as a joint request for a two-week adjournment of sentencing, currently scheduled for this Friday.

      Assistant U.S. Attorney Christopher Cafferone and I have been in regular contact attempting to resolve certain sentencing issues without the need for any fact-finding or court intervention. We believe we have made progress, but need more time before the parties will be ready to file their respective submissions in aid of sentencing, all sufficiently in advance of sentencing so Your Honor has ample time to review them.

      For these reasons, the government and Mr. Manson jointly request a two-week adjournment of sentencing.

*Application Granted. The Sentence date is adjourned to November 17, 2017 at 2:00 P.M.*

Respectfully submitted,

/s/
Andrew J. Frisch

cc: AUSA Christopher Caffarone

s/ Arthur D. Spatt

U.S.D.J.

9/25/17

WWW.ANDREWFRISCH.COM

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE