THE LAW OFFICES OF
# Andrew J. Frisch, PLLC

40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038
(212) 285-8000
FAX: (646) 304-0352

November 28, 2017

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

By ECF
The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT  N.Y.
★ NOV 28 2017 ★
LONG ISLAND

Re: *United States v. Adam Manson*
*Criminal Docket Number 13-453 (ADS)(AKT)*

Dear Judge Spatt:

To afford the parties in the above-referenced case additional time to attempt to resolve issues related to sentencing, the parties request that sentencing be rescheduled to January 5, 2018, at 1:30 p.m., a date and time confirmed by the Court's case manager as available.

We appreciate the Court's consideration.

Application Granted.

Respectfully submitted,

/s/
Andrew J. Frisch

cc: AUSA Christopher Cafferone

s/ Arthur D. Spatt
U.S.D.J.

11/28/17

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.

WWW.ANDREWFRISCH.COM