

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

BDM:KO
F. #2012R00953

*610 Federal Plaza
Central Islip, New York 11722*

December 14, 2017

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 21 2017

LONG ISLAND OFFICE

<u>By Hand and ECF</u>

The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *United States v. Brian R. Callahan and Adam Manson*
      <u>Criminal Docket No. 13-453 (Spatt, J.)</u>

Dear Judge Spatt:

Due to a conflict that would prevent the undersigned Assistant U.S. Attorney from attending the sentencing of Adam Manson on January 5, 2018, the government requests that the sentencing be rescheduled to March 2, 2018 at 11:00 a.m., a date and time confirmed by the Court's deputy as available. The government has confirmed that defense counsel, Mr. Manson and the probation officer are available and agreeable to the new date and time.

*Application Granted.*

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By:   /s/
      Karin Orenstein
      Assistant U.S. Attorney
      (718) 254-6188

Cc:   All Counsel of Record (by ECF)
      U.S. Probation Officer Lisa Langone (by email)

s/ Arthur D. Spatt

U.S.D.J.        12/21/17