BDM:KKO
F. #2012R00953

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   DEC 28 2017   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

    - against -

ADAM MANSON,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

FINAL ORDER OF FORFEITURE

13-CR-453

(Spatt, J.)

WHEREAS, on May 21, 2014, ADAM MANSON (the "Defendant"), entered a plea of guilty to Count One of the above-captioned indictment, charging a violation of 18 U.S.C. § 371; and

WHEREAS, on April 18, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure (the "Preliminary Order"), directing the forfeiture to the United States of all right, title and interest in the following (a) a forfeiture money judgment in the amount of two million, five hundred thousand dollars and no cents ($2,500,000.00) (the "Forfeiture Money Judgment"); (b) approximately four hundred seven thousand, three hundred sixty-six dollars and fifty-seven cents ($407,366.57) seized on or about August 1, 2013 from J.P. Morgan Chase Bank account number XXXXXX2092 held in the name of Barry Manson Attorney at Law Savings for Adam Manson, and all proceeds traceable thereto; and (c) approximately one million, thirty-eight thousand, two hundred sixty-six dollars and no cents ($1,038,266.00) seized on or about August 1, 2013 from First National Bank of Long Island account number XX-XXX1526 held

in the name of Law Offices of Barry Manson PC ESC FBO Adam J. Manson, and all proceeds traceable thereto (items (b) and (c), together, referred to as the "Criminally Forfeited Assets"), pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) as property, real or personal, that constitutes, or is derived from, proceeds traceable to the defendant's violation of 18 U.S.C. § 371 and/or as substitute assets pursuant to 21 U.S.C. § 853(p);

WHEREAS, the United States published notice of its intent to forfeit the Criminally Forfeited Assets on the official government forfeiture website, www.forfeiture.gov, for thirty (30) consecutive days, beginning April 20, 2016 through and including May 19, 2016;

WHEREAS, to date, no third parties have filed with the Court any petition or claim in connection with the Criminally Forfeited Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired; and

WHEREAS, the defendant has made payments in full satisfaction of the Forfeiture Money Judgment,

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) and the Preliminary Order, all payments made towards the Forfeiture Money Judgment and all right, title, and interest in the Criminally Forfeited Assets are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED, that the United States Marshals Service, the FBI, and/or their duly authorized agents and/or contractors be, and hereby are, directed to dispose of any and all payments made towards the Forfeiture Money Judgment and the Criminally Forfeited Assets in accordance with all applicable laws and regulations.

---

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail ~~five (5)~~ two (2) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, 5th Floor, Central Islip, New York, 11201, Attn: FSA Asset Forfeiture Paralegal Brian Gappa.

Dated:  Central Islip, New York
        December 28 , 2017

s/ Arthur D. Spatt

HONORABLE ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK