THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

40 FULTON STREET  
23rd FLOOR  
NEW YORK, NEW YORK 10038  
(212) 285-8000  
FAX: (646) 304-0352

JASON D. WRIGHT  
ADMITTED IN NEW YORK, VIRGINIA  
AND THE DISTRICT OF COLUMBIA  
OF COUNSEL

February 23, 2018

By ECF  
The Honorable Arthur D. Spatt  
United States District Judge  
Eastern District of New York  
100 Federal Plaza  
Central Islip, New York 11722

      Re: *United States v. Adam Manson*  
          Criminal Docket Number 13-453 (ADS)(AKT)

Dear Judge Spatt:

    On behalf of Adam Manson and the government in the above-referenced case, we jointly request that sentencing be rescheduled for May 18, 2018, at 1:30 p.m., a date and time on which the parties and Probation Officer Lisa Langone are available, and which Ms. Kirchner has advised is available.

    The parties are working diligently to see if we can resolve disputed issues without a *Fatico* hearing and without any motion practice. To that end, we had a substantial meeting yesterday with AUSA Boeckmann, but need more time to work through the issues. Speaking for myself, I also seek a rescheduling of sentencing because Mr. Manson and his wife had their second son earlier this week, and the Mansons are and will be preoccupied with settling in with their new addition.

    We appreciate the Court's consideration.

                                       Respectfully submitted,

                                       /s/  
                                       Andrew J. Frisch

cc:  AUSA Chris Caffarone  
      USPO Lisa Langone

WWW.ANDREWFRISCH.COM