THE LAW OFFICES OF
# Andrew J. Frisch, PLLC

40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038
(212) 285-8000
FAX: (646) 304-0352

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

February 23, 2018

*By ECF*
The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 23 2018 ★
LONG ISLAND OFFICE

*Re: United States v. Adam Manson*
*Criminal Docket Number 13-453 (ADS)(AKT)*

Dear Judge Spatt:

On behalf of Adam Manson and the government in the above-referenced case, we jointly request that sentencing be rescheduled for May 18, 2018, at 1:30 p.m., a date and time on which the parties and Probation Officer Lisa Langone are available, and which Ms. Kirchner has advised is available.

The parties are working dilligently to see if we can resolve disputed issues without a *Fatico* hearing and without any motion practice. To that end, we had a substantial meeting yesterday with AUSA Boeckmann, but need more time to work through the issues. Speaking for myself, I also seek a rescheduling of sentencing because Mr. Manson and his wife had their second son earlier this week, and the Mansons are and will be preoccupied with settling in with their new addition.

We appreciate the Court's consideration.

*Application Granted.* Respectfully submitted,

/s/
Andrew J. Frisch

cc: AUSA Chris Caffarone
    USPO Lisa Langone

s/ Arthur D. Spatt
U.S.D.J.                    2/23/18

WWW.ANDREWFRISCH.COM