THE LAW OFFICES OF
# Andrew J. Frisch, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

May 16, 2018

*By ECF*
The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

  Re: United States v. Adam Manson
    Criminal Docket Number 13-453 (ADS)(AKT)

Dear Judge Spatt:

  Upon consultation with the Court's case manager, the government and the assigned probation officer, and with their consent, I respectfully request that sentencing in the above-referenced case be rescheduled to September 4, 2018, at 10:00 a.m. to accommodate all relevant schedules and to permit the parties a further opportunity to resolve disputed issues.

        Respectfully submitted,

        /s/
        Andrew J. Frisch

cc: AUSA Cafferone
  U.S.P.O. Langone

WWW.ANDREWFRISCH.COM