# THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

May 16, 2018

By ECF
The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 16 2018 ★

LONG ISLAND OFFICE

Re: *United States v. Adam Manson*
    *Criminal Docket Number 13-453 (ADS)(AKT)*

Dear Judge Spatt:

Upon consultation with the Court's case manager, the government and the assigned probation officer, and with their consent, I respectfully request that sentencing in the above-referenced case be rescheduled to September 4, 2018, at 10:00 a.m. to accommodate all relevant schedules and to permit the parties a further opportunity to resolve disputed issues.

*Application Granted.*

Respectfully submitted,

/s/
Andrew J. Frisch

cc: AUSA Cafferone
    U.S.P.O. Langone

s/ Arthur D. Spatt

U.S.D.J.   5/16/18

WWW.ANDREWFRISCH.COM