THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

November 8, 2018

The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re: *United States v. Adam Manson*
          *Criminal Docket Number 13-453 (ADS)*

Dear Judge Spatt:

     Upon consultation with the government, the Probation Department and the Court's case manager, I respectfully submit this letter as the parties' joint application that sentencing in the above-referenced case be adjourned to February 8, 2019, at 10:00 a.m., a date when all necessary participants are available, to permit the parties to continue discussions toward a negotiated resolution of disputed issues.

                                      Respectfully submitted,

                                      /s/
                                      Andrew J. Frisch

cc: AUSA Chris Cafferone
    USPO Lisa Langone