THE LAW OFFICES OF
# Andrew J. Frisch, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

November 8, 2018

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   NOV 09 2018   ★

LONG ISLAND OFFICE

The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

*Re: United States v. Adam Manson*
*Criminal Docket Number 13-453 (ADS)*

Dear Judge Spatt:

Upon consultation with the government, the Probation Department and the Court's case manager, I respectfully submit this letter as the parties' joint application that sentencing in the above-referenced case be adjourned to February 8, 2019, at 10:00 a.m., a date when all necessary participants are available, to permit the parties to continue discussions toward a negotiated resolution of disputed issues.

*Request granted.*

Respectfully submitted,

/s/
Andrew J. Frisch

cc: AUSA Chris Cafferone
    USPO Lisa Langone

s/ Arthur D. Spatt
U.S.D.J.   11/9/18

WWW.ANDREWFRISCH.COM